FILED
September 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DAN KIEN THICH,<br><br>        Defendant. | Case No. MAG. 08-0317-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAN KIEN THICH, Case No. MAG. 08-0317-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

\_\_\_   Bail Posted in the Sum of: $

    \_\_\_   Unsecured Appearance Bond

    \_\_\_   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as previously stated on the record.</u>

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  09/12/08  at  3:14pm

By  _[signature]_
Edmund F. Brennan
United States Magistrate Judge